U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

**JUN 0 3 2008**

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

RODNEY B. JONES                    CIVIL ACTION NO. 06-cv-1282

VERSUS                             JUDGE WALTER

RICHARD STALDER, ET AL             MAGISTRATE JUDGE HORNSBY

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. 76) is **denied**, that Defendants' Motion for Summary Judgment (Doc. 84) is **granted**, and that all of Plaintiff's claims in this civil action are **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____3_____ day of _____, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE